# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:

Backup Power Source, Inc.   BKY No. 17-33288

    Debtor.

_____

Erik A. Ahlgren, Trustee,

    Plaintiff,

vs.   ADV No. 18-

Northern Tool & Equipment Company, Inc.

    Defendant.

## COMPLAINT

The Trustee brings this complaint seeking an order requiring the turnover of certain assets of the estate.

1. Plaintiff Erik Ahlgren is the duly appointed Chapter 7 bankruptcy trustee in the above referenced case (the "Trustee").

2. Defendant Northern Tool & Equipment Company, Inc.is a Minnesota Corporation with a registered office address of 2800 Southcross Drive West, Burnsville MN 55306.

## JURISDICTION AND VENUE

3. This adversary proceeding is brought pursuant to 11 U.S.C. §542 and Federal Rules of Bankruptcy Procedure 7000(1).

4. Jurisdiction over this adversary proceeding is based on 28 U.S.C. §§1334(b) and 157(b)(2). This is a core proceeding under 28 U.S.C. §157(b)(2).

5. This district is the proper venue for this adversary proceeding pursuant to 28 U.S.C. §1409(a).

## FACTUAL BACKGROUND

6. Northern Tool & Equipment Company, Inc. purchased goods from the Debtor in the amount of $8,254.00. See Attached Exhibit A.

7. The invoice is payable on demand.

8. The invoice has not been repaid.

9. The Defendant continues to owe the Debtor $8,254.00.

## DEFENDANT'S OBLIGATION TO PAY TRUSTEE UNDER 11 U.S.C §542

10. Pursuant to 11 U.S.C. §542(b), " . . . an entity that owes a debt that is property of the estate and that is matured, payable on demand, or payable on order, shall pay such debt to, or on the order of, the trustee . . ."

11. Pursuant to 11 U.S.C. §541(a)(1), property of the estate includes " . . . all legal or equitable interests of the debtor in property as of the commencement of the case."

12. The Defendant's $8,254.00 obligation to the Debtor is property of the estate under 11 U.S.C. §541.

13. The Defendant's $8,254.00 obligation to the Debtor is matured and payable on demand.

14. The Defendant is obligated to pay $8,254.00 to the Trustee pursuant to 11

U.S.C. §542.

    WHEREFORE, the Trustee requests that this Court enter judgment against the Defendant in the amount of $8,254.00 together with such other and further relief as the Court deems just and equitable.

                            Ahlgren Law Office, PLLC

Dated: February 20, 2018        /e/Erik A. Ahlgren
                                        Attorney #191814
                                        220 West Washington Ave, Ste 105
                                        Fergus Falls, MN 56537
                                        Office: 218-998-2775
                                        Fax: 218-998-6404
                                        erik@ahlgrenlaw.net

                                        ATTORNEY FOR TRUSTEE

# EXHIBIT A

**Backup Power Source, Inc.**

PO Box 10158
Fargo, ND 58106-0158

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2016 | 58 |

| Bill To |
|---|
| Northern Tool<br>Attn: Accounts Payable<br>PO Box 1937<br>Burnsville, MN 55337 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3113793 |  |  | 6/30/2016 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Sale | Timber & Earth Company | 8,254.00 | 8,254.00 |

**Total**  $8,254.00