**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Backup Power Source, Inc.

Chapter 7 Case
Bankruptcy No. 17-33288

Debtor.

---

Erik A. Ahlgren, Trustee,

        Plaintiff,

vs.

Adv. Proc. No. 18-3016

Northern Tool & Equipment Company, Inc.

        Defendant.

---

**STIPULATION TO DISMISSAL OF ADVERSARY PROCEEDING**

---

Plaintiff, Erik A. Ahlgren, trustee in the bankruptcy estate of Backup Power Source, Inc and Defendant Northern Tool & Equipment Company, Inc. by and through their counsel, hereby stipulate and agree that the above entitled adversary proceeding be dismissed with prejudice and on the merits, and without costs to any parties.  Pursuant to Local Rule 9011-4(f), the parties authorize the filing of this Stipulation with electronic signatures for both parties.


Dated: July 16, 2018

/e/ Lorie A. Klein

Lorie A. Klein (#0311790)
Attorney for Defendant
Fafinski Mark & Johnson, P.A.
775 Prairie Center Dr, Ste 400
Eden Prairie MN  55344
952-995-9500

Dated: July 16, 2018

/e/ Erik A. Ahlgren

Erik A. Ahlgren (#191814)
Bankruptcy trustee
220 W Washington Ave. Ste 105
Fergus Falls MN  56537
218-998-2775

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Backup Power Source, Inc.                                                     Chapter 7 Case
                                                                              Bankruptcy No.  17-33288

Erik A. Ahlgren, Trustee,

        Plaintiff,

   vs.                                                                        Adv Pro No. 18-03016

Northern Tool & Equipment Company, Inc.

        Defendant.

**ORDER**

The above captioned matter came before the Court on the Stipulation by the Defendant and the Trustee.  Based upon the Stipulation,

IT IS ORDERED:

The Stipulation for Dismissal is approved and the above adversary proceeding is dismissed with prejudice and on the merits, and without costs to any of the parties.

Dated:

                                                                                                  _____
                                                                               United States Bankruptcy Judge